**Below is the Order of the Court.**

_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>CAROL ANN GUSTIN-LOPEZ,<br><br>Debtor(s). | Case No. 15-42708-BDL<br><br>ORDER RE CHAPTER 7 TRUSTEE'S MOTION ABANDON ALL INTEREST IN CERTAIN ASSETS OF THE DEBTOR |

THIS MATTER came before the Court upon the Trustee's Motion to Abandon all Interest in the mass tort claim of the Debtor against Essure litigation. Based upon the Declaration of the Trustee it appearing that the scheduled asset is of no value or are burdensome to the estate, and the Court being otherwise fully advised in the premises, and there being no objection to such motion despite notice to all parties in interest;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Trustee's Motion to Abandon all Interest in the mass tort claim of the Debtor against Essure for the gross settlement amount of $45,496.48 is GRANTED.

///End of Order///

Presented By:
JORDAN RAMIS PC
 */s/ Russell D. Garrett*
_____
Russell D. Garrett, WSBA #18657
Chapter 7 Trustee

ORDER RE CHAPTER 7 TRUSTEE'S MOTION ABANDON ALL INTEREST IN CERTAIN ASSETS OF THE DEBTOR - Page 1

JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, OR  97204
Telephone: (503)598-7070 Fax: (503)598-7373
51272-39709 4871-5300-8769.3